IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**21ST MORTGAGE CORP.**                                                              **PLAINTIFF**

v.                                                          CIVIL ACTION NO. 2:23-cv-196-KS-MTP

**LYNDON SOUTHERN INSURANCE**
**COMPANY, et al.**                                                              **DEFENDANTS**

## ORDER

This cause comes before the Court on the Motion to Dismiss [6] filed by Defendants Lyndon Southern Insurance Company and LotSolutions, Inc. The Court in its Order [8] noted Plaintiff's right to amend its Complaint as a matter of course within 21 days after service of a motion under Federal Rule of Civil Procedure 12(b)(6). *See* Fed. R. Civ. P. 15(a)(1)(B). Defendants filed their motion [6] on January 16, 2024, and Plaintiff filed its Amended Complaint [9] within the 21-day period on February 5, 2024. Because the motion to dismiss [6] relates to Plaintiff's original complaint and Plaintiff timely filed its Amended Complaint [9], the Motion to Dismiss [6] is denied as moot.

**SO ORDERED and ADJUDGED** this 18th day of March 2024.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE