UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**21st MORTGAGE CORP.**                                **PLAINTIFF**

v.                                **CIVIL ACTION NO. 2:23-cv-196-KS-MTP**

**LYNDON SOUTHERN INSURANCE
COMPANY, LOTSOLUTIONS, INC.,
JALAINA FANEA BARLOW, KERWIN
JAMAAL ELY, THE 503 CAFE LLC, and
JOHN and JANE DOES 1-5**                               **DEFENDANTS**

### MOTION FOR RULE 55(b)(2) DEFAULT JUDGMENT AGAINST <u>KERWIN JAMAAL ELY</u>

21st Mortgage Corp. ("21st Mortgage") moves the Court to grant a default judgment in its favor against defendant Kerwin Jamaal Ely ("Ely"), pursuant to Fed. R. Civ. P. 55(b)(2), and to award attorney fees as supported by the Affidavit attached hereto as Exhibit "A." In support of this Motion, 21st Mortgage states:

1. This Court has jurisdiction over the parties and subject matter of this civil action.

2. Pursuant to Rule 4(e)(2)(A) of the Federal Rules of Civil Procedure, Kerwin Jamaal Ely was duly served with a Summons and a copy of 21st Mortgage Corp.'s Amended Complaint on April 26, 2024. More than twenty-one days passed since service of the Summons and Amended Complaint upon Kerwin Jamaal Ely and he failed to plead or otherwise defend the Amended Complaint or serve a copy of any answer, response, or other defense upon the attorneys for 21st Mortgage Corp. within the time provided by law. Accordingly, 21st Mortgage moved for entry of default against Kerwin Jamaal Ely on June 18, 2024 [Dkt 38].

3. The Clerk's Entry of Default was entered against Kerwin Jamaal Ely on July 23, 2024 [Dkt 41].

4. Because Ely did not make an appearance and did not file an answer or otherwise defend the suit, he is not entitled to notice of entry of a default judgment.

5. 21st Mortgage meets the procedural requirements for obtaining a default judgment against Ely.

6. As set forth in the Second Amended Complaint, Ely breached the Consumer Loan Note, Security Agreement and Disclosure Statement ("Contract") [Dkt 65-1] with 21st Mortgage by, among other ways, failing to make his payment obligations to 21st Mortgage.

7. As a result of Ely's breach of contract, 21st Mortgage Corp. has been damaged and requests default judgment against Ely in the total amount of $108,976.48[1], which consists of the following: principal balance due on the underlying Contract in the amount of $181,715.74 [Dkt 65-1, pp. 2 and 3 of 11]; interest accrued in the amount of $28,717.87 [Dkt 65-1, pp. 2 and 3 of 11]; a negative escrow balance in the amount of $3,479.30 [Dkt 65-1, p. 7 of 11]; past due fees in the amount of $1,369.89 [Dkt 65-1, p. 7 of 11]; filing fees and service of process costs in the amount of $166.00 and $2,037.48, respectively; and, attorney fees in the amount of $55,337.50 [Dkt 65-1, p. 7 of 11]; less the sum of $162,974.27 recovered from other defendants; and, less an $873.03 overage charge.

8. An award of attorney fees in the amount of $55,337.50 is reasonable. In support of the reasonableness thereof, 21st Mortgage files the Affidavit of Edward E. Lawler, Jr., attached hereto as Exhibit "A".

9. 21st Mortgage is further entitled to pre- and post-judgment interest on the balance owed by Ely at the Contract rate of 9.050% per annum [Dkt 65-1, p. 2 and 3 of 11] from and after May 1, 2025.

---

[1] 21st Mortgage will credit against the amount sought in the default judgment any additional recoveries from other defendants to ensure no double recovery occurs.

WHEREFORE, 21st Mortgage Corp. respectfully requests that the Court award default judgment in its favor and against Kerwin Jamaal Ely in the total amount of $108,976.48, together with pre- and post-judgment interest at the Contract rate of 9.050% per annum from and after May 1, 2025, until the default judgment is paid in full. 21st Mortgage Corp. prays for such other relief, whether general or specific, at law or in equity, as the Court deems appropriate.

**DATED**:  May 1, 2025.

                                              Respectfully submitted,
                                              **21st MORTGAGE CORP.**

                                              By its attorneys
                                              **LAWLER FOREMAN PLLC**

                                              By: /s/ R. Keith Foreman
                                                   R. Keith Foreman

R. Keith Foreman
Mississippi Bar No. 5421
Edward E. Lawler, Jr.
Mississippi Bar No. 1095
**LAWLER FOREMAN PLLC**
Post Office Box 2488
Ridgeland, Mississippi 39158-2488
Telephone: 601-572-8778
Telefax:  601-572-8440
kforeman@lawlerforeman.com
elawler@lawlerforeman.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this date electronically filed the foregoing document with the Clerk of Court, via its ECF system, which sent notification of such filing to all counsel of record.

DATED: May 1, 2025.

/s/ R. Keith Foreman
R. Keith Foreman
