**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| **21ST MORTGAGE CORP.** | **PLAINTIFF** |
| v. | **CIVIL ACTION NO. 2:23-cv-196-KS-MTP** |
| **LYNDON SOUTHERN INSURANCE COMPANY; LOTSOLUTIONS, INC.; JALAINA FANEA BARLOW; KERWIN JAMAAL ELY, THE 503 CAFÉ LLC; and JOHN and JANE DOES 1-5** | **DEFENDANTS** |

## DEFAULT FINAL JUDGMENT

For the reasons set forth in the Court's Order at Doc. No. 95, entered contemporaneously herewith, and in accordance with Federal Rule of Civil Procedure 58, the Court hereby enters final judgment in favor of 21st Mortgage Corp. and against The 503 Café LLC, 1317 Highway 503, Vossburg, Mississippi 39366, in the amount of $24,169.44, which shall bear interest in accordance with 28 U.S.C. §1961 until the judgment is paid in full.

SO ORDERED AND ADJUDGED this 23rd day of May 2025.

/s/ Keith Starrett_____
KEITH STARRETT
SENIOR UNITED STATES DISTRICT JUDGE