IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**21ST MORTGAGE CORP.**                                                                 **PLAINTIFF**

v.                                                                  **CIVIL ACTION NO. 2:23-cv-196-KS-MTP**

**LYNDON SOUTHERN INSURANCE**
**COMPANY; LOTSOLUTIONS, INC.;**
**JALAINA FANEA BARLOW; KERWIN**
**JAMAAL ELY, THE 503 CAFÉ LLC; and**
**JOHN and JANE DOES 1-5**                                                      **DEFENDANTS**

## DEFAULT FINAL JUDGMENT

For the reasons set forth in the Court's Order at Doc. No. 97, entered contemporaneously herewith, and in accordance with Federal Rule of Civil Procedure 58, the Court hereby enters final judgment in favor of 21st Mortgage Corp. and against Jalaina Fanea Barlow and Kerwin Jamaal Ely, 1323 Highway 503, Vossburg, Mississippi 39366, in the amount of $85,568.88, for which Jalaina Fanea Barlow and Kerwin Jamaal Ely are jointly and severally liable. The amount stated herein shall bear interest in accordance with 28 U.S.C. §1961 until the judgment is paid in full.

SO ORDERED AND ADJUDGED this 23rd day of May 2025.

/s/ Keith Starrett
KEITH STARRETT
SENIOR UNITED STATES DISTRICT JUDGE